**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION**

**WILFREDO LARA-GARCIA,
A# 023-584-919,**

     Petitioner,

vs.                                         Case No. 4:20cv293-WS-MAF

**WILLIAM P. BARR, et al.,**

     Respondents.

_____/

## ORDER and REPORT AND RECOMMENDATION

The pro se Petitioner initiated this case in early June 2020 by filing a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241, ECF No. 1, seeking release from detention on the basis that it was not significantly likely that he would be removed to Cuba in the reasonably foreseeable future. *Id.* On June 12, 2020, Respondents filed a motion to dismiss the petition as moot, ECF No. 7, advising that Petitioner was released from ICE custody on June 2, 2020, pursuant to an order of supervision. Attached to the motion is a copy of the order of supervision which demonstrates Petitioner was released and provides Petitioner's residential address in

Hialeah, Florida.  ECF No. 7-1 at 2.  The Clerk of Court shall forward a copy of this Order and Report and Recommendation to Petitioner at his stated address upon release.  *See* ECF No. 7-1 at 2.

Petitioner's § 2241 petition did not challenge the final order of removal.  Rather, Petitioner sought only release from detention pursuant to <u>Zadvydas v. Davis</u>, 533 U.S. 678, 121 S. Ct. 2491, 150 L. Ed. 2d 653 (2001).  Because Respondents have demonstrated that Petitioner has now received the relief requested in this petition - release - the motion to dismiss the petition as moot should be granted.  If Petitioner objects to this recommendation, he must file objections within 14 days.

Accordingly, it is

**ORDERED:**

1.  The Clerk of Court shall provide a copy of this Order and Report and Recommendation to Petitioner at his address listed in the Order of Supervision, ECF No. 7-1 at 2.

2.  Petitioner's pending motion requesting the appointment of counsel, ECF No. 3, is **DENIED**.

**Recommendation**

In light of the foregoing, it is respectfully **RECOMMENDED** that the motion to dismiss the petition as moot, ECF No. 7, be **GRANTED**.

**IN CHAMBERS** at Tallahassee, Florida, on June 30, 2020.

 S/     Martin A. Fitzpatrick
**MARTIN A. FITZPATRICK**
**UNITED STATES MAGISTRATE JUDGE**

### NOTICE TO THE PARTIES

**Within fourteen (14) days after being served with a copy of this Report and Recommendation, a party may serve and file specific written objections to these proposed findings and recommendations.  Fed. R. Civ. P. 72(b)(2).  A copy of the objections shall be served upon all other parties.  A party may respond to another party's objections within fourteen (14) days after being served with a copy thereof.  Fed. R. Civ. P. 72(b)(2).  <u>Any different deadline that may appear on the electronic docket is for the Court's internal use only and does not control.</u>  If a party fails to object to the Magistrate Judge's findings or recommendations as to any particular claim or issue contained in this Report and Recommendation, that party waives the right to challenge on appeal the District Court's order based on the unobjected-to factual and legal conclusions.  *See* 11th Cir. Rule 3-1; 28 U.S.C. § 636.**