UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

WILFREDO LARA-GARCIA,
A# 023–584–919,

    Petitioner,

v.                                           4:20cv293–WS/MAF

WILLIAM P. BARR,, et al.,

    Respondents.

_____

## ORDER OF DISMISSAL

    Before the court is the magistrate judge's report and recommendation (ECF No. 11) docketed June 30, 2020. The magistrate judge recommends that Petitioner's petition for writ of habeas corpus be dismissed as moot based on Petitioner's release from detention.

    Upon review of the record, this court has determined that the magistrate judge's report and recommendation should be adopted.

    Accordingly, it is ORDERED:

    1. The magistrate judge's report and recommendation is adopted and

incorporated by reference in this order of the court.

2. Respondents' motion to dismiss (ECF No. 7) is GRANTED.

3. Petitioner's petition for writ of habeas corpus is hereby DISMISSED as moot based on Petitioner's release from detention.

4. The clerk shall enter judgment stating: "All claims are DISMISSED."

DONE AND ORDERED this   16th   day of   July  , 2020.


s/ William Stafford
WILLIAM STAFFORD
SENIOR UNITED STATES DISTRICT JUDGE